256 So.2d 443

**STATE of Louisiana ex rel.
Samuel RHYAN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52094.

Jan. 27, 1972.

In re: Samuel Rhyan applying for writ of habeas corpus.

Writ denied. The ruling of the trial court is correct. See McGriff v. Wainwright, 431 F.2d 897 (5th Cir. 1970).